**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARKIS WALLS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLOWERS BAKERIES SALES OF NORCAL, LLC, a California Limited Liability Company; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.  2:26-cv-00072-WBS-CKD<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT** |

By stipulation and agreement of Plaintiff Markis Walls ("Plaintiff") and Defendant Flowers Bakeries Sales of NorCal, LLC, ("Defendant") (together, the "Parties"), the Court hereby GRANTS the Parties' Joint Stipulation to Remand to State Court.

Accordingly, it is hereby ORDERED that this action is remanded to State Court in accordance with the Parties' Joint Stipulation to Remand to State Court.

IT IS SO ORDERED.

Dated:  February 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT